UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VERA NEUMANN, INC.,

                                       Plaintiff,

           -v-

F. SCHUMACHER & CO., LLC *et al.*,

                              Defendants.

26 Civ. 1059 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 14, 2026, the Court scheduled an initial pretrial conference in the above-captioned case for May 20, 2026. Dkt. 18. On May 14, 2026, the parties notified the Court that defense counsel has a long-schedule conflict on May 20, 2026. Dkt. 19. Accordingly, the Court reschedules the conference for May 19, 2026 at 9:30 a.m. The conference remains telephonic.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 14, 2026
      New York, New York